IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**DARLENE HURT**                                                                                         **PLAINTIFF**

v.                                                           **CIVIL ACTION NO.: 1:19-CV-00031-DMB-RP**

**PRENTISS COUNTY, MS, et al.**                                                **DEFENDANTS**

## STIPULATION OF DISMISSAL WITH PREJUDICE

**NOW COME** Plaintiff, Darlene Hurt, by and through counsel, and Defendants, Prentiss County, Mississippi; Prentiss County, Mississippi, Sheriff Randy Tolar; Prentiss County, Mississippi, Deputy Sheriff Wesley Graves**,** individually and officially, and Farmers & Merchants Bank, by and through counsel, together as all parties who have appeared in this cause of action, and pursuant to the provisions of *Federal Rule of Civil Procedure 41(a)(1)(A)(ii)*, do hereby stipulate that all claims brought against the Defendants in this matter are dismissed with prejudice, with each party to bear its respective attorneys' fees, costs, and expenses. Pursuant to the provisions of *Miss. Code Ann.* § 99-43-39, the vehicle at issue in this lawsuit is available for release to Plaintiff upon prosecutorial approval. Plaintiff shall be responsible for retrieving the vehicle in question using a wrecker service.

**RESPECTFULLY SUBMITTED,** this 19th day of June, 2020.

**PRENTISS COUNTY, MS;**
**PRENTISS COUNTY, MISSISSIPPI,**
**SHERIFF RANDY TOLAR; PRENTISS**
**COUNTY, MISSISSIPPI, DEPUTY**
**SHERIFF WESLEY GRAVES,**
**INDIVIDUALLY AND OFFICIALLY**     **DARLENE HURT**
**Defendants**                                                       **Plaintiff**

By: */s/ Mary McKay Griffith*                   By: */s/ Thomas H. Comer, Jr.*
Mary McKay Griffith, MS Bar No. 100785       Thomas H. Comer, Jr., MS Bar No. 6425
Daniel J. Griffith, MS Bar No. 8366              Comer Law Firm

| | |
|---|---|
| Jacks Griffith Luciano, P.A. | 101 West College Street |
| 150 N Sharpe Avenue | P.O. Box 24 |
| P.O. Box 1209 | Booneville, MS 38829 |
| Cleveland, MS 38732 | Phone: (662) 728-8101 |
| Telephone: 662-843-6171 | Fax: (866) 245-2479 |
| Facsimile: 662-843-6176 | Email: thcomer@bellsouth.net |
| Email: mgriffith@jlpalaw.com | **Attorney for Plaintiff** |
|       dgriffith@jlpalaw.com | |
| **Attorneys for Defendant**s | |

**FARMERS & MERCHANTES BANK**
By: */s/ Greg E. Beard*
Greg E. Beard, Pa.
Attorney at Law
101 West College Street
Post Office Box 285
Booneville, MS 38829
Telephone: (662) 720-8340
Facsimile: (662) 720-8342
Email: greg109@bellsouth.net
**Attorney for Farmers & Merchants Bank**

## CERTIFICATE OF SERVICE

I, Mary McKay Griffith, attorney of record for Defendants, Prentiss County, MS, Sheriff Randy Toler and Deputy Wesley Graves, do hereby certify that I have this day caused a true and correct copy of the above and foregoing *Stipulation of Dismissal with Prejudice* to be delivered by the ECF Filing System which gave notice to the following Counsel of Record:

      Thomas H. Comer, Jr.
      Comer Law Firm
      101 West College Street
      P.O. Box 24
      Booneville, MS 38829
      Phone: (662) 728-8101
      Fax: (866) 245-2479
      Email: thcomer@bellsouth.net
      **Attorney for Plaintiff**

      Greg E. Beard, Pa.
      Attorney at Law
      101 West College Street
      Post Office Box 285
      Booneville, MS 38829
      Telephone: (662) 720-8340

        Facsimile: (662) 720-8342
        Email: greg109@bellsouth.net
        **Attorney for Farmers & Merchants Bank**

**DATED** this, the 19th day of June, 2020.

                                 /s/ *Mary McKay Griffith*
                                 Mary McKay Griffith