**IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**DARLENE HURT**                                                                                        **PLAINTIFF**

**V.**                                                  **NO. 1:19-CV-31-DMB-RP**

**PRENTISS COUNTY, MS, et al.**                                        **DEFENDANTS**

**ORDER**

On June 19, 2020, the parties filed a "Stipulation of Dismissal with Prejudice" in which they "stipulate that all claims brought against the Defendants in this matter are dismissed with prejudice." Doc. #54. Accordingly, the pending motion for summary judgment [51] and the pending motion for judgment on the pleadings [53] are **DENIED as moot**, and this case is **CLOSED**.

**SO ORDERED**, this 19th day of June, 2020.

                                                       /s/Debra M. Brown
                                                       **UNITED STATES DISTRICT JUDGE**